Hon. John M. Tierney, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ALVIN MERBER, an Attorney.— Reference ordered to Hon. John M. Tierney, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of SAMUEL TANZ, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Investigation of the MAGISTRATES' COURTS IN THE FIRST JUDICIAL DEPARTMENT and the Magistrates Thereof, and of Attorneys at Law Practicing in Said Court. In the Matter of Magistrate LOUIS B. BRODSKY, Respondent. — Proceeding dismissed and order of January 5, 1931, vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Dowling, P. J., dissents.

In the Matter of MORRIS A. HALPERN, an Attorney.— Reference ordered to Hon. John Proctor Clarke, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of JOHN WINTER RUSSELL, an Attorney.— Reference ordered to Hon. John Proctor Clarke, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

## SECOND DEPARTMENT, JANUARY, 1931.

In the Matter of the Complaint Filed by CHARLES S. SOMERS against JACOB EILPERIN, a Magistrate of the City of New York.— Matter referred to Hon. James C. Van Siclen, official referee, to hear and report with his opinion. Ralph E. Hemstreet is designated to present the matter to the official referee. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

RUTH SLOBODIAN, Respondent, v. IRVING SLOBODIAN, Appellant.— Motion to postpone time to argue denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

RUTH SLOBODIAN, Respondent, v. IRVING SLOBODIAN, Appellant.— On argument, order granting plaintiff's motion for alimony *pendente lite* and counsel fee reversed upon the law and the facts, without costs, and motion denied, without costs, without prejudice to renewal on proper papers. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

In the Matter of the Complaint Filed by CHARLES S. SOMERS against JACOB EILPERIN, a Magistrate of the City of New York.— The court having been advised that the magistrate has refrained and will continue to refrain from exercising his office while charges are pending, it will be unnecessary to enter an order that he refrain from exercising his office. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

GISELLA BIRO, Respondent, v. SALVATORE LEMBO, Defendant, and PALC HOLDING & DEVELOPING Co., INC., Appellant. KARL BIRO, Respondent, v. SALVATORE LEMBO, Defendant, and PALC HOLDING & DEVELOPING Co., INC., Appellant.— Motion to resettle orders granted and orders resettled by striking therefrom the words "and the facts." Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.